CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 7 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DORIS E. COX, | ) |
|     Plaintiff, | ) Civil Action No. 7:05CV00479 |
| v. | ) **FINAL ORDER** |
| STRYKER CORPORATION, | ) By: Samuel G. Wilson |
| STRYKER SALES CORPORATION, | ) United States District Judge |
| and HOWMEDICA OSTEONICS | ) |
| CORPORATION, | ) |
|     Defendants. | ) |

It appearing that this case has been settled and compromised, and that no order of dismissal has been tendered to the court, pursuant to the court's pre-trial order of August 5, 2005, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice and **ORDERED** stricken from the docket of the court.

**ENTER:** This March 7, 2006.

_____
UNITED STATES DISTRICT JUDGE